UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

FILED IN OPEN COURT
11/18/05.

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>Anthony Brenner<br><br>           Defendant. | )<br>)<br>)<br>)  CASE NO. CR 05-101<br>)<br>)<br>)<br>)<br>) |

### O R D E R

The defendant, upon entering a plea of not guilty to the Indictment on _November 18, 2005_ requested, through counsel, additional time to file pretrial motions. The Court having considered the request, it is **ORDERED** that the deadline for the defendant to file pretrial motions is extended until _January 18, 2005_ The time between the date of this order and _January 18, 2005_ shall be excludable under the Speedy Trial Act ( 18 U.S.C.3161,et seq.).

                                              Honorable Mary Pat Thynge
                                              U.S. Magistrate Judge

cc: Defense Counsel
    United States Attorney



FILED

NOV 1 8 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE