AO 442 (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of     DELAWARE

UNITED STATES OF AMERICA

V.

ANTHONY BRENNER

**WARRANT FOR ARREST**

Case Number: CR 05-101-UNA

To: The United States Marshal
and any Authorized United States Officer

~~SEALED~~ UNSEALED 11/18/05 RJK

YOU ARE HEREBY COMMANDED to arrest     ANTHONY BRENNER
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment    ☐ Information    ☐ Complain    ☐ Order of court    Violation    Probation Violation Petition

charging him or her     (brief description of offense)

POSSESSION OF CHILD PORNOGRAPHY

FILED NOV 21 2005 U.S. DISTRICT COURT DISTRICT OF DELAWARE

in violation of     18     United States Code, Section(s)     2252A(a)(5)(B) and (b)(2)

Peter T. Dalleo
Name of Issuing Officer

BY: [signature]; DEPUTY CLERK
Signature of Issuing Officer

Clerk, United States District Court
Title of Issuing Officer

November 10, 2005 in Wilmington, DE
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant ANTHONY BRENNER |

| DATE RECEIVED 11/10/05 DATE OF ARREST 11/18/05 | NAME AND TITLE OF ARRESTING OFFICER SA. ANTHONY CRABTREE | SIGNATURE OF ARRESTING OFFICER SA. Anthony Crabtree |
|---|---|---|

AO 442    (Rev. 12/85) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____    WEIGHT: _____

SEX: _____    RACE: _____

HAIR: _____    EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

_____

INVESTIGATIVE AGENCY AND ADDRESS: _____

_____

_____

_____