IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Crim. No. 05-101-SLR |
| ) | |
| ANTHONY BRENNER, ) | |
| ) | |
| Defendant. ) | |

**O R D E R**

At Wilmington this 19th day of January, 2006;

IT IS ORDERED that a telephone conference is scheduled for **Thursday, January 26, 2006** at **2:45 p.m.**, with the court initiating said call.

_____
United States District Judge