IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Crim. No. 05-101-SLR |
| ) | |
| ANTHONY BRENNER, ) | |
| ) | |
| Defendant. ) | |

O R D E R

At Wilmington this 23d day of February, 2006, the court having accepted defendant's plea of guilty to a one count indictment charging him with possession of child pornography in violation of 18 U.S.C. § 2252A(a)(5)(B) and (b)(2), and the court finding that a psychosexual evaluation is necessary to assist with sentencing issues;

IT IS ORDERED that, pursuant to 18 U.S.C. § 3552(b), the U.S. Probation/Pretrial Office ("probation office") shall make appropriate arrangements for evaluation of defendant Anthony Brenner by a private, licensed practitioner selected by the probation office and that a copy of said evaluation be submitted to the court and to the probation office when completed. The probation office shall make the evaluation available to counsel for the United States and counsel for the defendant. The

evaluation should make a determination of the defendant's past, present and/or future risk to children.

_____
United States District Judge