IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
v. ) Criminal Action No. 05-101-SLR
)
ANTHONY BRENNER, )
)
Defendant. )

**MOTION AND ORDER FOR CONTINUANCE OF SENTENCING**

COMES NOW the United States of America by and through undersigned counsel, Colm F. Connolly, United States Attorney for the District of Delaware, and Edmond Falgowski, Assistant United States Attorney for the District of Delaware, and respectfully requests that sentencing in the above-captioned matter, scheduled for May 22, 2006, at 4:30 p.m., be continued. In support of its motion the Government states the following:

1. Recently the local office of the FBI announced that its annual golf outing for law enforcement officers is to be held on May 22, 2006, the same day as sentencing.

2. This prosecutor participates in the annual tournament every year and would like to do so this year. This prosecutor believes this sentencing should not be reassigned to another AUSA.

3. Counsel for defendant, Christopher Koyste, Federal Public Defender, has been advised of this motion and has no objection to it. Mr. Koyste explained that he is available all day on May 23 through 25, 2006.

WHEREFORE, the United States respectfully requests that sentencing in the above-captioned matter be continued.

COLM F. CONNOLLY
United States Attorney

By: ______________________
Edmond Falgowski
Assistant United States Attorney

Dated: March 30, 2006

**IT IS SO ORDERED** this _______ day of ___________________, 2006, that sentencing is continued to ______________________________.

______________________________
Honorable Sue L. Robinson
Chief Judge
United States District Court

**CERTIFICATE OF SERVICE**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Action No. 05-101-SLR |
| | ) | |
| ANTHONY BRENNER, | ) | |

I, Sharon Bernardo, employee with the United States Attorney for the District of Delaware, hereby certify under penalty of perjury that on the 30th day of March, 2006, I electronically filed a MOTION AND ORDER FOR CONTINUANCE OF SENTENCING with the Clerk of Court using CM/ECF. Said document is available for viewing and downloading from CM/ECF, which will send notification of such filing(s) to the following:

CHRISTOPHER KOYSTE, ESQUIRE
Federal Public Defender's Office
First Federal Plaza, Suite 110
704 King Street
Wilmington, DE 19801
ecf_ck@msn.com

Sharon L. Bernardo