IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Crim. No. 05-101-SLR |
| | ) |
| ANTHONY BRENNER, | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

At Wilmington this 1st day of May, 2006, having considered a request from the U.S. Probation Office to continue sentencing;

IT IS ORDERED that the sentencing of defendant scheduled for **May 25, 2006** is **cancelled** and will be rescheduled after the Probation Office completes its investigation.

_____
United States District Judge