IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>                                  )<br>      Plaintiff,      )<br>                                  )<br>  v.                    )  Crim. No. 05-101-SLR<br>                                  )<br>ANTHONY BRENNER,        )<br>                                  )<br>      Defendant.     )| |

**O R D E R**

At Wilmington this 4th day of August, 2006;

IT IS ORDERED that:

1. The sentencing of defendant is scheduled for **Thursday, December 14, 2006** at **4:00 p.m.** in courtroom No. 6B, on the sixth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

2. Any objections to the presentence report must be communicated in writing to the Probation Office and opposing counsel no later than 14 days from receipt of the presentence report. Such objections should **not** be filed with the court.[1]

---

[1] All filings and correspondence presented to the court will be docketed and available electronically, unless filed under seal. The court will not review correspondence and filings for redaction. Therefore, it is the sole responsibility of counsel and the parties to be certain that all documents comply with the rules of this court and the Judicial Conference requiring redaction of personal data identifiers and sensitive information.

3. Counsel shall notify the court promptly if an evidentiary hearing on disputed sentencing issues is required.

_____
United States District Judge