IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 05-101-SLR |
| | ) | |
| ANTHONY BRENNER, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

**WHEREAS**, the Court held a hearing on this date to consider the status of the Defendant's pretrial supervision,

**IT IS HEREBY ORDERED** this 27th day of September, 2006, that the Order setting conditions of release, Docket Items 14 and 15, remain in full force and in effect with the following additional conditions:

1. The Defendant shall be placed in home confinement with electronic monitoring. The Defendant shall abide by all rules and regulations of the home confinement program. He shall remain in the residence except for reasons pre-approved by Pretrial Services; and

2. The Defendant shall not reside or loiter within 500 feet of a school, playground, or park.

HONORABLE SUE L. ROBINSON
Chief Judge, United States District Court