PS 8
(Rev 02/94)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | Criminal Action No. 05-101-SLR |
| ) | |
| **Anthony Brenner** ) | |
| ) | |
| **Defendant** ) | |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW CRAIG H. CARPENTER PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Anthony Brenner who was placed under pretrial release supervision by the Honorable Mary Pat Thynge sitting in the court at Wilmington, Delaware, on the 18th day of November, 2005 under the following conditions:

**Please See Attached**

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach)

**Please See Attached**

**PRAYING THAT THE COURT WILL ORDER**...a warrant for the arrest of Anthony Brenner, so he can be brought before the Court to answer charges he has violated conditions of his pretrial release.

ORDER OF COURT

So ordered this ____20th____ day

of ___November___, 2006.

_____
Chief U. S. District Judge

I declare under penalty of perjury the foregoing is true and correct,

_____
U. S. Pretrial Services Officer

Executed on    November 20, 2006

Place             Wilmington, Delaware

Page 2
RE: Anthony Brenner
Petition for Action
November 20, 2006

### Conditions of Pretrial Release

7a.  The defendant shall report to Pretrial Services as required by that agency.

7e.  The defendant shall maintain or actively seek employment.

7i.  The defendant shall not travel outside the State of Delaware unless authorized by Pretrial Services.

7j.  The defendant shall avoid the victim/witness.

7n.  The defendant shall refrain from possessing a firearm or destructive device.

7p.  The defendant shall refrain from the use or unlawful possession of a narcotic drug or controlled substance.

7q.  The defendant shall submit to drug testing.

7u.  The defendant is to report as soon as possible any law enforcement contact.

7v.  No computer use at all.

7x.  Refrain from any contact with any children under the age of 18 years or contact with places where children congregate unsupervised.

### Modifications to the original conditions of Pretrial release:

On December 16, 2005, U.S. Magistrate Judge Mary Pat Thynge ordered the defendant to participate in mental health counseling, sex offender specific therapy.

On September 27, 2006, the Honorable Sue L. Robinson, Chief U.S. District Court Judge, ordered the defendant to be placed in home confinement with electronic monitoring. The defendant is to abide by all rules and regulations of the home confinement program. In addition, the defendant shall not reside or loiter within 500 feet of a school, playground, or park.

Page 3
RE: Anthony Brenner
Petition for Action
November 20, 2006

### Petition for Action: Cause for Violations of Pretrial Release

**Special Condition**: The defendant shall be placed in home confinement with electronic monitoring. The defendant is to abide by all rules and regulations of the home confinement program.

**Evidence**: On Saturday, November 18, 2006, the defendant reported he was hastily moving from the home confinement monitoring location because of a domestic despite. The defendant's decision to move, caused electronic monitoring to stop. Subsequent to the move from one address to another, the defendant was then told to remain in his grandfather's residence at all times, until November 20, 2006, except in an emergency situation. On Sunday, November 19, 2006, at 12:30 p.m, a call was placed to the grandfather's residence. It was reported the defendant was outside the home, as he went to the store. At 12:55 p.m., the defendant reported he left without permission to get gas in his car.