IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 05-101-SLR |
| ) | |
| ANTHONY BRENNER, ) | |
| ) | |
| Defendant. ) | |

## MOTION TO DETAIN

**NOW COMES** the United States and moves for the detention of the defendant pending a hearing on a petition charging a violation of his conditions of release, pursuant to 18 U.S.C. § 3148.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

By: _____
Edmond Falgowski
Assistant United States Attorney

Dated: November 22, 2006