IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Crim. No. 05-101-SLR |
| | ) | |
| ANTHONY BRENNER, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

At Wilmington this 27th day of November, 2006,

IT IS ORDERED that the hearing to consider revocation of pretrial release is scheduled for **Monday, December 4, 2006** at **8:30 a.m.** in courtroom 6B, on the sixth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

_____
United States District Judge