◎AO 442    (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____

UNITED STATES OF AMERICA

V.

ANTHONY BRENNER

**WARRANT FOR ARREST**

Case Number: 05-CR-101--SLR

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    **ANTHONY BRENNER**
                                                                                 Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment    ☐ Information    ☐ Complaint    ☐ Order of court    ☐ Probation Violation Petition    **x** Supervised Release Violation Petition    ☐ Violation Notice

charging him or her with   (brief description of offense)

Violation of Pretrial Release Conditions

**FILED**
**DEC 13 2006**
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

in violation of Title _____ United States Code, Section(s) _____

**PETER T. DALLEO**                             BY: *Francesca Pascare, Deputy Clerk*
Name of Issuing Officer                                        Signature of Issuing Officer

**CLERK OF COURT**                               11/21/06                at Wilmington,
Title of Issuing Officer                                         Date and Location

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

Anthony Brenner

| DATE RECEIVED 11/21/06 | NAME AND TITLE OF ARRESTING OFFICER Toby M. Conrad DUSM | SIGNATURE OF ARRESTING OFFICER TM |
|---|---|---|
| DATE OF ARREST 11/21/06 | | |